AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| **v.** | ) | |
| | ) | Case No.   5:25-MJ -370 (TWD) |
| | ) | |
| | ) | |
| FUQUAN PITTS, | ) | |
| | ) | |
| **Defendant** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 30, 2025 in the county of Onondaga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See attached affidavit

☒     Continued on the attached sheet.

DAVID PROUD (Affiliate)   Digitally signed by DAVID PROUD (Affiliate)
Date: 2025.11.04 15:52:06 -05'00'

*Complainant's signature*

David P. Proud, Task Force Officer

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    November 4, 2025

*Judge's signature*

City and State:    Syracuse, New York          Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, David P. Proud, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint charging Fuquan PITTS, the defendant, with violating Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), possession with intent to distribute a controlled substance.

2.      I am an Investigator with the Onondaga County District Attorney's Office, assigned as a Federal Task Force Officer with the Drug Enforcement Administration ("DEA") and have been so employed since 2020.  I am currently assigned to the DEA Syracuse Resident Office in Syracuse, New York. Prior to that assignment, I was employed by the Syracuse Police Department (SPD) for 31 years. Approximately 29 years of my tenure at SPD was spent assigned within the Special Investigations Division as a Police Officer, Investigator, Detective, and Detective Sergeant.  During my time as a law enforcement officer, I have conducted numerous investigations into alleged drug and weapons possession. These investigations have included undercover operations, applications for search warrants and execution of said warrants, and wiretap investigations. During the course of my investigations, I have recovered cocaine, heroin, fentanyl, methamphetamine, various synthetic substances, diverted and counterfeit pharmaceuticals, marijuana, sums of U.S. currency, and weapons. I have also attended numerous seminars and received training on narcotics and firearms investigations, and interviewing sources of information and defendants.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth

all of my knowledge about this matter.

## FACTS ESTABLISHING PROBABLE CAUSE

4.    In the summer of 2025, law enforcement agents assigned to the SPD Special Investigations Division began investigating Fuquan PITTS for suspected narcotics trafficking. During the course of the investigation, law enforcement conducted several controlled purchases of narcotics from PITTS.

5.    Based on the information developed during the investigation, in October 2025, SPD detectives applied for a warrant to search PITTS' person, as well as two residences associated with him. On or about October 30, 2025, Onondaga County Court Judge Melinda McGunnigle signed and issued the search warrants.

6.    Law enforcement executed the search warrants on October 30, 2025. Upon execution of the search warrant for PITTS' person, law enforcement recovered from PITTS' pockets approximately 50 grams of a white powdery substance believed to be cocaine base, a digital scale, and a loaded Glock 29 model G29SF 10mm semi-automatic handgun with serial number TRB578.

7.    Law enforcement performed a field test on the white powdery substance recovered from PITTS' person, which resulted in a positive indication for the presence of cocaine.

8.    Subsequent searches at the two locations associated with PITTS resulted in the seizure of additional drug evidence, including approximately 55 additional grams of a white powdery substance which field tested positive for the presence of cocaine, two additional firearms, money, drug scales, drug packaging, and personal documents (mail, birth certificate, bank cards) in PITTS' name.

2

9.     In light of the foregoing, I respectfully submit there is probable cause to believe that Fuquan PITTS has violated Title 21, United States Code, 841(a)(1) and (b)(1)(C), possession with intent to distribute cocaine.  I respectfully request the Court authorize the filing of this complaint and issue an arrest warrant so that the defendant may be arrested and brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

DAVID PROUD (Affiliate) Digitally signed by DAVID PROUD (Affiliate)
Date: 2025.11.04 15:51:32 -05'00'

David P. Proud
Task Force Officer, DEA

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on November 4th, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge

3